# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TIG INSURANCE COMPANY,

    Plaintiff,

v.

TYCO INTERNATIONAL, LTD., SIMPLEXGRINNELL CORP., and THE BROOKLYN HOSPITAL CENTER f/k/a THE BROOKLYN HOSPITAL – CALEDONIAN HOSPITAL,

    Defendants.

CIVIL ACTION NO. 3:08-CV-1584

(JUDGE CAPUTO)

## ORDER

**NOW**, this 23rd day of January, 2013, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion to Strike the Affidavit of Lawrence A. Durkin and Testimony of Sean Patton (Doc. 174) will be **GRANTED** in part and **DENIED** in part.

2. Plaintiff's Motion for Partial Summary Judgment on Defendant's Affirmative Defense Asserting Estoppel (Doc. 124) is **GRANTED**.

3. Defendant's Motion for Summary Judgment (Doc. 115) is **DENIED**.

4. Plaintiff's Motion for Summary Judgment on Exclusion 4 (Doc. 120) is **DENIED**.

5. Plaintiff's Motion for Summary Judgment on Exclusion 7 (Doc. 122) is **GRANTED**.

6. Judgment is entered in favor of Plaintiff and against Defendant on Counts I and II of Plaintiff's Amended Complaint (Doc. 61).

7. Judgment is entered in favor of Plaintiff and against Defendant on Counts I and II of Defendant's Counterclaim (Doc. 62).

8. The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge