# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TIG INSURANCE COMPANY,

    Plaintiff,

v.

TYCO INTERNATIONAL, LTD., SIMPLEXGRINNELL CORP., and THE BROOKLYN HOSPITAL CENTER f/k/a THE BROOKLYN HOSPITAL – CALEDONIAN HOSPITAL,

    Defendants.

CIVIL ACTION NO. 3:08-CV-1584

(JUDGE CAPUTO)

## ORDER

**NOW**, this 8th day of April, 2013, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Clarification of the Court's January 23, 2013 Order (Doc. 188) is **GRANTED IN PART** and **DENIED IN PART**. It is further **ORDERED** that Paragraph 6 of the Court's January 23, 2013 Order (Doc. 187) is hereby **AMENDED** to read as follows:

6. Judgment is entered in favor of Plaintiff and against Defendant on Counts I and II of Plaintiff's Amended Complaint (Doc. 61). Specifically, it is hereby

   a. declared that Plaintiff has no duty to idemnify Defendant for the Brooklyn Hospital settlement;

   b. ordered that Defendant shall reimburse Plaintiff $7,840,699.69 under Paragraph 5(b) of the parties' Funding Agreement (Doc. 189, Ex. A);

   c. ordered that Defendant shall pay Plaintiff $1,637,954.49 in pre-judgment interest pursuant to Paragraph 6 of the parties' Funding Agreement (Doc. 189, Ex. A);

   d. ordered that Defendant shall pay Plaintiff post-judgment interest on $9,478,654.18. at a rate of 0.14%, as proscribed by 28 U.S.C. § 1961, running from January 23, 2013 until paid.

                                                      /s/ A. Richard Caputo
                                                      A. Richard Caputo
                                                      United States District Judge